# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0169

VERSUS

GREGORY WAYNE COTTON

**MAY 9, 2022**

---

In Re:    Gregory Wayne Cotton, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 86-CRC-40823.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** The trial court is instructed, if it has not already done so, to proceed toward disposition of relator's "Motion to proceed under 1st Amend of the U.S. Constitution and U.S. Supreme Court controlling Jurisprudence to have my case/claims heard," filed on December 20, 2021, on or before June 6, 2022.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

*a. Sn*

_____
DEPUTY CLERK OF COURT
FOR THE COURT